IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs. Criminal No. 98-85

REBECCA ONEY,

    Defendant

ORDER OF COURT

AND NOW, this 19th day of May, 2009, after consideration of the foregoing Motion to Remove Lien filed on behalf of the above named Defendant, IT IS HEREBY ORDERED: Granted. D is obligated to make ongoing restitution payment as part of her sentence + as directed by the Probation office.

_____
[Signature]

cc: All counsel of record
Michael Colville, AUSA
Scott Stutler, U.S. Probation,
    Ohio Northern